# Return

| Case No.: 5:19mj114-MJF | Date and time warrant executed: 11-19-2019 @ 6:00 am | Copy of warrant and inventory left with: ECS Jamie Shulte |
|---|---|---|

Inventory made in the presence of:
ECS Jamie Shulte

Inventory of the property taken:
SEE Attached
FD-597 Receipt for property seized.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-19-2019

Executing officer's signature

SA Lawrence P. Borghini
FBI Special Agent
Printed name and title

RCV'D USDC FLND TL
JAN 21 '20 AM 10:53

## ATTACHMENT A

The following personal property described in the Indictment as subject to forfeiture, located at 3620 Frankfort Avenue, Panama City, Florida, is:

1. 2016 Dodge Ram Pickup, VIN# 1C6RR7LM1GS304089
2. 2013 Kenworth Dump Truck, VIN# 1NKDX4EX0DJ350365
3. 2013 Kenworth Dump Truck, VIN# 1NKDX4EX2DJ350366
4. 2013 Kenworth Dump Truck, VIN# 1NKDX4EX7DJ350363
5. 2013 Kenworth Dump Truck, VIN# 1NKDX4EX8DJ350372
6. 1993 International Truck, VIN 1HTSDPPN0PH533763
7. 1997 International Truck, VIN# 2HSFBASR8VC023376
8. 2019 Triton Trailer, VIN# 4TCSM112XKH247309
9. 2018 Bye-Rite Trailer, VIN# 7F3B1UG29JR000185
10. 2015 Trailer, VIN# 5VTB1UG24FR002474
11. 2018 Dodge Ram Truck, VIN# 3C7WRTCL9JG120614
12. 2018 Dodge Ram Truck, VIN# 3C6UR5CL4JG148473
13. 2018 Trailstar Trailer, VIN# 4TM19KL22JB001285
14. 2019 Trailstar Trailer, VIN# 7J513ZT26KB001256
15. 2001 Ford Truck, VIN# 1FDWW36S71EA76771
16. 1997 Ford Truck, VIN# 1FTJW35H9VEA61067

17. 2000 GMC Truck, VIN# 1GDG6H1B6YJ905565

18. 2000 GMC Truck, VIN# 1GDG6H1B6YJ906408

19. 2019 Empire Cargo Trailer, VIN# 7F81E2021KD006537

20. 2017 Big Tex Trailer, VIN# 16VEX2028H3088695

FD-597 (Rev. 4-13-2015)                                                                                          Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 194B-JK-2982729

On (date): 11/19/2019

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Erosion Control Specialist, Inc.
(Street Address) 3620 Frankford Avenue
(City) Panama City, FL 32405

Description of Item(s):
2013 Kenworth dump truck, VIN 1NKDX4EX0DJ350365
2013 Kenworth dump truck, VIN 1NKDX4EX2DJ350366
2013 Kenworth dump truck, VIN 1NKDX4EX7DJ350363
2013 Kenworth dump truck, VIN 1NKDX4EX8DJ350372
1997 International tractor/truck, VIN 2HSFBASR8VC023376
2018 Bye-Rite trailer, VIN 7F3B1UG29JR000185
2018 Dodge Ram, VIN 3C7WRTCL9JG120614
Polaris model XP1000 Ranger ATV, VIN ending in 2253

LB
11/19/2019

Received By: _____(Signature)_____          Received From: _____(Signature)_____

Printed Name/Title: SA Lawrence Borghini     Printed Name/Title: Jamie Schaz

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br><br>2016 Dodge Ram Pickup, VIN# 1C6RR7LM1GS304089;<br>2013 Kenworth Dump Truck, VIN# 1NKDX4EX0DJ350365;<br>and Other Items | )<br>)<br>)<br>)  Case No. 5:19mj114-MJF<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Northern District of Florida be seized as being subject to forfeiture to the United States of America. The property is described as follows:

See Attachment A, which more particularly describes the property to be seized, and the described property is currently located at 3620 Frankfort Avenue, Panama City, Florida.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  11/29/2019
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge        CHARLES A. STAMPELOS
                                                                                           *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for  ____ days *(not to exceed 30)*.

   ☐ until, the facts justifying, the later specific date of ____

Date and time issued: 11/15/19
                       1:03 pm                                    *Judge's signature*  /s/ Charles A. Stampelos

City and state:  Tallahassee, Florida              CHARLES A. STAMPELOS, U.S. Magistrate Judge
                                                                  *Printed name and title*